**KIMBERLY HUSTED**
11230 Gold Express Drive, Ste 310-411
Gold River, CA 95670
(916) 635-1939

CHAPTER 7 BANKRUPTCY TRUSTEE

FILED
MAY 10 2024
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

In re:

**STEPHEN GREGORY POWELL**

Debtor(s)

Case No. **22-21994-B-7**

Chapter 7

**TURNOVER OF DIMINIMUS DIVIDEND(S)**
[Bankruptcy Rule 3010(a)]

**TO THE CLERK, UNITED STATES BANKRUPTCY COURT:**

Please find submitted herewith representing the total amount of diminimus dividend(s) in the above entitled estate. This amount is being paid over pursuant to 11 U.S.C. §347(a) and Bankruptcy Rule 3010(a). The names and addresses of the claimants entitled to the unclaimed dividends are as follows:

Claim #5　　Ashley Funding Services, LLC Resurgent　　$3.63
　　　　　　Capital Services
　　　　　　PO Box 10587
　　　　　　Greenville, SC 29603-0587

Dated: May 04, 2024

KIMBERLY HUSTED, TRUSTEE